UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SHAWNDA Y. MARTIN KING,<br><br>    Plaintiff,<br><br>v.<br><br>LUBBOCK ISD, et al.,<br><br>    Defendants. | No. 5:24-CV-058-H-BQ |

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court grant defendant Zach Brady's motion to dismiss (Dkt. No. 13) and dismiss the plaintiff's claims against him without prejudice for lack of subject-matter jurisdiction. Dkt. No. 36. No objections were filed.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against Brady are dismissed without prejudice under Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction.

So ordered on July 24, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE