UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SHAWNDA Y. MARTIN KING,<br><br>    Plaintiff,<br><br>v.<br><br>LUBBOCK ISD, et al.,<br><br>    Defendants. | No. 5:24-CV-058-H |

# **FINAL JUDGMENT**

For the reasons stated in the Court's Order adopting the Magistrate Judge's findings, conclusions, and recommendation (Dkt. No. 90), it is hereby ordered, adjudged, and decreed that judgment is entered for the defendants on their motion for summary judgment regarding the plaintiff's claims. The plaintiff's claims against the defendants are dismissed with prejudice, and the Clerk of Court is directed to close the case.

So ordered on September 24, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE